In re:  Case No. 22-01381-MJC
Robert John Korda  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Aug 19, 2022      Form ID: ntnew341      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Robert John Korda, PO Box 38, Luzerne, PA 18709-0038 |
| 5486965 | Back Mountain Regional Fire, 184 E Center Hill Rd, Dallas, PA 18612-1154 |
| 5486974 | Eastern Revenue Inc, 601 Dresher Rd, Horsham, PA 19044-2202 |
| 5486976 | KML Law Group, PC, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5486963 | Korda Robert John, 1300 Corby Rd, Luzerne, PA 18709 |
| 5486964 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5486977 | Plains Volunteer Amb Assoc, 90 Maffett St, Plains, PA 18705-1933 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5486968 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 19 2022 18:36:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Dr, Riverside, RI 02915-3026 |
| 5489805 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 19 2022 18:36:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 5486969 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 19 2022 18:36:00 | Citizens Bank NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 5486966 | + Email/Text: BKBCNMAIL@carringtonms.com | Aug 19 2022 18:36:00 | Carrington Mortgage SE, 15 Enterprise, Aliso Viejo, CA 92656-2653 |
| 5486967 | Email/Text: BKBCNMAIL@carringtonms.com | Aug 19 2022 18:36:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 S Douglass Rd, Anaheim, CA 92806-5948 |
| 5486970 | Email/Text: dylan.succa@commercialacceptance.net | Aug 19 2022 18:36:00 | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 5486971 | Email/Text: G06041@att.com | Aug 19 2022 18:36:00 | DIRECTV, 2230 E Imperial Hwy, El Segundo, CA 90245-3504 |
| 5486972 | Email/Text: mrdiscen@discover.com | Aug 19 2022 18:36:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5489085 | Email/Text: mrdiscen@discover.com | Aug 19 2022 18:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5486973 | Email/Text: mrdiscen@discover.com | Aug 19 2022 18:36:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5486975 | Email/Text: FSBank@franklinservice.com | Aug 19 2022 18:36:00 | Franklin Collection Sv, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 5486978 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2022 18:42:00 | Trac/Cbcd/Citicorp, Citicorp Credit/Centralized Bankruptcy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5486979 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 19 2022 18:41:53 | Tractor Supply/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Robert John Korda MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert John Korda,      Chapter    13
aka Robert J. Korda, aka Robert Korda,

**Debtor 1**      Case No.    5:22−bk−01381−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: September 26, 2022<br>Time: 10:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 19, 2022 |

ntnew341 (04/18)