In re:  Case No. 22-01381-MJC
Robert John Korda  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Sep 26, 2022     Form ID: ntcnfhrg     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Robert John Korda, PO Box 38, Luzerne, PA 18709-0038 |
| 5486965 | Back Mountain Regional Fire, 184 E Center Hill Rd, Dallas, PA 18612-1154 |
| 5486974 | Eastern Revenue Inc, 601 Dresher Rd, Horsham, PA 19044-2202 |
| 5486963 | Korda Robert John, 1300 Corby Rd, Luzerne, PA 18709 |
| 5486964 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5486977 | Plains Volunteer Amb Assoc, 90 Maffett St, Plains, PA 18705-1933 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5486968 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 26 2022 18:34:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Dr, Riverside, RI 02915-3026 |
| 5489805 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 26 2022 18:34:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 5486969 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 26 2022 18:34:00 | Citizens Bank NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 5486966 | + Email/Text: BKBCNMAIL@carringtonms.com | Sep 26 2022 18:34:00 | Carrington Mortgage SE, 15 Enterprise, Aliso Viejo, CA 92656-2653 |
| 5486967 | Email/Text: BKBCNMAIL@carringtonms.com | Sep 26 2022 18:34:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 S Douglass Rd, Anaheim, CA 92806-5948 |
| 5486970 | Email/Text: dylan.succa@commercialacceptance.net | Sep 26 2022 18:34:00 | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 5486971 | Email/Text: G06041@att.com | Sep 26 2022 18:34:00 | DIRECTV, 2230 E Imperial Hwy, El Segundo, CA 90245-3504 |
| 5486972 | Email/Text: mrdiscen@discover.com | Sep 26 2022 18:34:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5489085 | Email/Text: mrdiscen@discover.com | Sep 26 2022 18:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5486973 | Email/Text: mrdiscen@discover.com | Sep 26 2022 18:34:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5486975 | Email/Text: FSBank@franklinservice.com | Sep 26 2022 18:34:00 | Franklin Collection Sv, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 5486976 | ^ MEBN | Sep 26 2022 18:34:18 | KML Law Group, PC, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5486978 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2022 18:42:23 | Trac/Cbcd/Citicorp, Citicorp Credit/Centralized Bankruptcy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5486979 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | |
| --- | --- | --- | --- |
| | | Sep 26 2022 18:42:23 | Tractor Supply/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5497197 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Sep 26 2022 18:42:18 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2022              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Peter Valecko | on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com, PitEcf@weltman.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Robert John Korda MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert John Korda,
 aka Robert J. Korda, aka Robert Korda,

**Debtor 1**

Chapter 13

Case No. 5:22−bk−01381−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 1, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 8, 2022  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 26, 2022 |

ntcnfhrg (08/21)