Trumbull Corporation

Name: KORDA, ROBERT J  SSN:XXX-XX-5134  Advise:** 189  Employee #: 24685
Badge:G  Job: 10663  1  Period End:10/09/22  Check Date:10/12/22
FLSA Exempt: N

|  |  |  | Current | YTD |
|---|---|---|---|---|
| Goal Zero hours earned |  | 86.00 |  |  |
| Straight Time | 34.00 | 1301.5200 | FICA 147.89 | 269.42 |
| Overtime | 11.00 | 631.6200 | FW 336.21 | 625.79 |
|  |  |  | SW 59.35 | 108.12 |
| Total | 45.00 | 1933.1400 | LW 20.33 | 46.95 |
|  |  |  | SU 1.16 |  |

| Desc. | Hours | Rate | Factor | Earnings | Deductions: |  |
|---|---|---|---|---|---|---|
|  | 34.00 | 38.2800 | 1.00 | 1301.5200 | DIR DEPOSIT 1 | 1368.20 |
|  | 11.00 | 57.4200 | 1.50 | 631.6200 |  |  |

Trumbull Corporation

Name: KORDA, ROBERT J  
Badge: G   Job: 10663  1  
FLSA Exempt: N  

SSN: XXX-XX-5134  
Period End: 10/16/22  

Advise: **    191  
Employee #:    24685  
Check Date: 10/19/22  

|  | | | Current | YTD |
|---|---|---|---|---|
| Goal Zero hours earned | | 117.00 | | |
| Straight Time | 30.00 | 1148.4000 | | |
| Overtime | 1.00 | 57.4200 | | |
| FICA | | | 92.25 | 361.67 |
| FW | | | 176.20 | 801.99 |
| SW | | | 37.02 | 145.14 |
| Total | 31.00 | 1205.8200 | | |
| LW | | | 13.06 | 60.01 |
| SU | | | 0.72 | |

| Desc. | Hours | Rate | Factor | Earnings | Deductions: | |
|---|---|---|---|---|---|---|
| | 30.00 | 38.2800 | 1.00 | 1148.4000 | DIR DEPOSIT 1 | 886.57 |
| | 1.00 | 57.4200 | 1.50 | 57.4200 | | |