WWR# 041027780

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER NO. 13 |
| | ) | |
| Robert John Korda | ) | BANKRUPTCY NO. 22-01381-MJC |
|         Debtor | ) | |
| | ) | |
| Citizens Bank, N.A. | ) | |
|         Movant | ) | |
| | ) | Related to Document # 17 |

# **PRAECIPE TO WITHDRAW OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

CHECK ONE:

☒     The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

Dated 11/3/2022

                                               /s/ James Valecko
                                               James Valecko, PA Bar No. 79596
                                               Attorney for Movant
                                               436 Seventh Avenue, Suite 2500
                                               Pittsburgh, PA 15219
                                               412-434-7958
                                               jimvalecko@weltman.com