United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 22-01381-MJC
Robert John Korda  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1
Date Rcvd: Dec 15, 2022     Form ID: pdf010     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
|  | Paula Korda, 1300 Corby Road, Luzerne, PA 18709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Peter Valecko | on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com, PitEcf@weltman.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Robert John Korda MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert John Korda a/k/a Robert J. Korda a/k/a Robert Korda<br><br>                Debtor(s) | CHAPTER 13 |
| The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7<br><br>                Movant<br>vs. | NO. 22-01381-MJC<br><br>11 U.S.C. Section 362 |
| Robert John Korda a/k/a Robert J. Korda a/k/a Robert Korda<br><br>                Debtor(s)<br><br>Paula Korda<br><br>                Co-Debtor<br><br>Jack N. Zaharopoulos<br><br>                Trustee | |

**ORDER**

Upon consideration of the Stipulation filed at Dkt. # 35 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 15, 2022