United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 22-01381-MJC
Robert John Korda  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 16, 2023     Form ID: ordsmiss     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Robert John Korda, PO Box 38, Luzerne, PA 18709-0038 |
| 5486965 | Back Mountain Regional Fire, 184 E Center Hill Rd, Dallas, PA 18612-1154 |
| 5486974 | Eastern Revenue Inc, 601 Dresher Rd, Horsham, PA 19044-2202 |
| 5486963 | Korda Robert John, 1300 Corby Rd, Luzerne, PA 18709 |
| 5486964 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5486977 | Plains Volunteer Amb Assoc, 90 Maffett St, Plains, PA 18705-1933 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5486968 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2023 18:41:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Dr, Riverside, RI 02915-3026 |
| 5489805 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2023 18:41:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 5486969 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2023 18:41:00 | Citizens Bank NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 5486966 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 16 2023 18:41:00 | Carrington Mortgage SE, 15 Enterprise, Aliso Viejo, CA 92656-2653 |
| 5486967 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 16 2023 18:41:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 S Douglass Rd, Anaheim, CA 92806-5948 |
| 5486970 | | Email/Text: dylan.succa@commercialacceptance.net | Feb 16 2023 18:41:00 | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 5486971 | | EDI: DIRECTV.COM | Feb 16 2023 23:44:00 | DIRECTV, 2230 E Imperial Hwy, El Segundo, CA 90245-3504 |
| 5486972 | | EDI: DISCOVER.COM | Feb 16 2023 23:44:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5489085 | | EDI: DISCOVER.COM | Feb 16 2023 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5486973 | | EDI: DISCOVER.COM | Feb 16 2023 23:44:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5486975 | | Email/Text: FSBank@franklinservice.com | Feb 16 2023 18:41:00 | Franklin Collection Sv, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 5486976 | ^ | MEBN | Feb 16 2023 18:35:47 | KML Law Group, PC, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5486964 | | Email/Text: mylawyer@jpplaw.com | Feb 16 2023 18:41:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5499725 | | EDI: PRA.COM | Feb 16 2023 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, |

| | | | | |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 5499456 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 16 2023 18:41:00 | The Bank of New York Mellon, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 5486978 | | EDI: CITICORP.COM | Feb 16 2023 23:44:00 | Trac/Cbcd/Citicorp, Citicorp Credit/Centralized Bankruptcy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5486979 | | EDI: CITICORP.COM | Feb 16 2023 23:44:00 | Tractor Supply/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5497197 | | EDI: AIS.COM | Feb 16 2023 23:44:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2023  Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-7 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Peter Valecko | on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com, PitEcf@weltman.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Robert John Korda MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Robert John Korda,<br>aka Robert J. Korda, aka Robert Korda, | Chapter 13 |
| **Debtor 1** | Case No. 5:22−bk−01381−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*(signature)*

Mark J. Conway, United States Bankruptcy Judge

Dated: February 16, 2023

ordsmiss (05/18)